Case 6:24-mj-00002-HBK Document 4 Filed 02/13/24 Page 1 of 1

AO 199A (Rev. 12/11- EDCA [Fresno Version 2]) Order Setting Conditions of Release- Misd.

# UNITED STATES DISTRICT COURT
for the
## Eastern District of California

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| v. | ) ) | |
| MATTHEW JOSEPH CAMPBELL, | ) ) | Case No. 6:24-MJ-00002-HBK |

## ORDER SETTING CONDITIONS OF RELEASE
(Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release and notify the court within 48 hours if defendant is arrested and/or convicted of any violation of federal, state or local law;

(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose; not to have any contact with any witnesses, including S.B.

(3) The defendant shall abstain from the use and possession of alcohol and/or controlled substances unless in possession of a valid prescription given by a licensed medical doctor, medical marijuana is never authorized in federal court even if accompanied by a prescription;

(4) The defendant shall notify the Court and defendant's counsel of any change of address; and

(5) The defendant must appear at: U.S. DISTRICT COURT, Yosemite, CA
*Place*

Before U.S. Magistrate Judge Helena Barch-Kuchta
on March 4, 2024 at 1:00 PM
*Date and Time*

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: 2/12/2024

*Defendant's signature*: Matthew Campbell

Date: 2/12/2024

*Judicial Officer's Signature*: Helena N. Barch-Kuchta

Helena Barch-Kuchta, United States Magistrate Judge
*Printed name and title*