HEATHER E. WILLIAMS, Bar #122664
Federal Defender
KARA R. OTTERVANGER
Florida Bar No. 0112110
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
Kara_Ottervanger@fd.org

Counsel for Defendant
MATTHEW CAMPBELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:24-mj-002-HBK |
|---|---|
| *Plaintiff,* | |
| vs. | **JOINT MOTION TO VACATE PRELIMINARY HEARING; ORDER** |
| MATTHEW CAMPBELL, | |
| *Defendant,* | Date: March 4, 2024<br>Time: 1:00 p.m.<br>Judge: Hon. Helena M. Barch-Kuchta |

On February 12, 2024, Defendant Matthew Campbell was arraigned on a criminal complaint before the Honorable Helena Barch-Kuchta. [Doc. 1, 3]. Mr. Campbell was released on standard pre-trial conditions and ordered to appear before the Court in person on Monday, March 4, 2024, at 1:00 p.m. for a preliminary hearing. [Doc. 3].

The parties have since been in negotiations to resolve the matter and have reached a tentative plea agreement. Accordingly, the parties agree that a preliminary hearing is no longer necessary in this matter, and hereby jointly move to vacate the hearing scheduled for March 4, 2024, and to place the matter on calendar for a plea and sentencing hearing on March 13, 2024, at 10:00 a.m. in person in Yosemite National Park. A copy of the signed plea agreement will be filed with the Court prior to the plea and sentencing hearing.

//

|   |   |   |
|---|---|---|
|   |   | Respectfully submitted, |
|   | Dated:  March 1, 2023 | HEATHER E. WILLIAMS<br>Federal Defender |
|   |   | */s/  Kara R. Ottervanger*<br>KARA R. OTTERVANGER<br>Assistant Federal Defender<br>Attorney for Defendant<br>MATTHEW CAMPBELL |
|   | and |   |
|   | Dated: March 1, 2024 | PHILLIP A. TALBERT<br>United States Attorney |
|   |   | */s/  Jeffrey Spivak*<br>JEFFREY SPIVAK<br>Assistant United States Attorney<br>SEAN O. ANDERSON<br>Yosemite Legal Officer |

**O R D E R**

**IT IS SO ORDERED** The Preliminary Hearing in this matter scheduled for March 4, 2024 at 1:00 p.m. is **VACATED** and the matter is placed on calendar for a plea and sentencing hearing on March 13, 2024 at 10:00 a.m. The defendant shall appear in person.

Dated:   March 1, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE