# IN THE UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 6:24-mj-00002 |
| ) | |
| Plaintiff, ) | **DEFENDANT'S STATUS REPORT ON** |
| v. ) | **UNSUPERVISED PROBATION** |
| ) | |
| MATTHEW JOSEPH CAMPLBELL, ) | |
| ) | |
| Defendant. ) | |
| ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** 18 U.S.C. § 113(a)(5)

**Sentence Date:** September 12, 2024

**Review Hearing Date:** November 4, 2025

**Probation Expires On:** October 27, 2026

## *CONDITIONS OF UNSUPERVISED PROBATION:*

[x] **Obey all federal, state and local laws**; and

[x] **Monetary Fines & Penalties in Total Amount of:** $510     which Total Amount is made up of a Fine: $500     Special Assessment: $10     Processing Fee: $0.  Restitution: $0

☐ Payment schedule of $     per month by the     of each month.

☐ **Community Service hours Imposed of:**

[x] **Other Conditions:** 12-week Anger Management Course

## *COMPLIANCE:*

☐ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☒ To date, Defendant has paid a total of $510
☐ If not paid in full when was last time payment:  Date: Click here to enter a date.     Amount:
☐ To date, Defendant has performed Click here to enter text.  hours of community service.

CAED (Fresno)- Misd. 6 (Rev. 11/2014)

**Compliance with Other Conditions of Probation:** Mr. Campbell is completing his 12-week anger management by seeing a therapist for weekly individual sessions. For the previous review hearing in Sept. '25, Mr. Campbell provided the prosecution with a letter from his therapist documenting five sessions completed so far. Since that time, Mr. Campbell is reporting completion of three additional sessions, for a total of eight sessions so far. He was scheduled to complete the full 12 sessions by 10/15/25, but reports needing to break from sessions for a few weeks when his therapist traveled abroad to attend to a family matter and when Mr. Campbell also traveled home to Arkansas to attend to a family matter. Mr. Campbell reports that he is currently seeking to obtain a letter from his therapist to document the eight sessions completed so far, the temporary break his therapist required to attend to a family matter, and the future sessions scheduled.

### GOVERNMENT POSITION:

The Government agrees to the above-described compliance.

Government Attorney:   /s/ Jeffrey A. Spivak

### DEFENDANT'S REQUEST (OPTIONAL):

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 11/4/2025 at 10 a.m.

☒ be continued to 12/2/2025 at 10:00 a.m.; or

☐ be vacated.

☒ that Defendant's appearance for the review hearing be waived.

DATED: 10/21/2025    /s/Richard Oberto
DEFENDANT'S COUNSEL

### O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

GRANTED to the limited extent that the Court CONTINUES the rescheduled November 4, 2025 Review Hearing to December 9, 2025 at 10:00 A.M. No further continuances will be granted.

☐   DENIED.

DATED: 10/27/2025

**HELENA M. BARCH-KUCHTA**
United States Magistrate Judge