# IN THE UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 6:24-mj-00002 |
| ) | |
| Plaintiff, ) | **DEFENDANT'S STATUS REPORT ON** |
| v. ) | **UNSUPERVISED PROBATION** |
| ) | |
| MATTHEW JOSEPH CAMPLBELL, ) | |
| ) | |
| Defendant. ) | |
| ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** 18 U.S.C. § 113(a)(5)

**Sentence Date:** September 12, 2024

**Review Hearing Date:** December 9, 2025

**Probation Expires On:** October 27, 2026

### *CONDITIONS OF UNSUPERVISED PROBATION:*

[x] **Obey all federal, state and local laws**; and

[X] **Monetary Fines & Penalties in Total Amount of:** $510   which Total Amount is made up of a Fine: $500   Special Assessment: $10   Processing Fee: $0.   Restitution: $0

☐ Payment schedule of $_____ per month by the _____ of each month.

☐ **Community Service hours Imposed of:**

[x] **Other Conditions:** 12-week Anger Management Course

### *COMPLIANCE:*

☐ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

### **Otherwise:**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☒ To date, Defendant has paid a total of $510
☐ If not paid in full when was last time payment:  Date: Click here to enter a date.
Amount:
☐ To date, Defendant has performed Click here to enter text. hours of community service.

in compliance with Other Conditions of Probation. Mr. Campbell is completing his 12-week anger management by seeing a therapist for weekly individual sessions. For the previous review hearing in November 2025, Mr. Campbell provided the prosecution with a letter from his therapist documenting seven sessions completed to that point. Since that time, Mr. Campbell has completed four additional sessions, for a total of eleven sessions so far, and provided the prosecution with another letter from his therapist documenting those eleven sessions. As the most recent therapist letter explains, Mr. Campbell is scheduled to complete his twelfth session a couple days from now on November 26, 2025. Once he completes the twelfth session, he is planning to obtain another letter from his therapist confirming the twelve sessions, which the defense submits would satisfy the probation order for a 12-week anger management session.

### GOVERNMENT POSITION:

[X] The Government agrees to the above-described compliance.

Government Attorney: /s/ Jeffrey A. Spivak 11/24/2025

### DEFENDANT'S REQUEST (OPTIONAL):

In light of the information detailed in this status report, the defendant moves for the following:

[x] That the review hearing set for 12/9/25 at 10 a.m. remain as scheduled, with a supplemental probation review report to follow by next Tuesday 12/2/25 accounting for Mr. Campbell's currently scheduled twelfth therapist session, as described above.

☐ Be continued to [ ]

☐ Be vacated.

[x] That Defendant's appearance for the review hearing be waived and that his attorney may appear on his behalf by remote process.

DATED: 11/24/25    /s/Richard Oberto
DEFENDANT'S COUNSEL

### O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is GRANTED in part and DENIED in part. Defendant's appearance for his review hearing is not waived. However, both counsel and Defendant may appear by remote process for the review hearing.

DATED: 12/1/2025

**HELENA M. BARCH-KUCHTA**
United States Magistrate Judge